# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

6413 Kansas Avenue Northeast
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 2 4 6 - M - 0 1

TO: Special Agent Joshua C. Green  and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Joshua C. Green who has reason to believe that
on the premises known as (name, description and or location)

6413 KANSAS AVENUE NORTHEAST, WASHINGTON, D.C. (This location is described as a multi-story red
brick residence located on the east side of Kansas Avenue Northeast between Tuckerman Street and Eastern Avenue
Northeast, Washington, D.C. There is a small white enclosed porch in the front of the residence and the front door
has a white outer security door. The numbers "6413" are marked in black on the front of the roof of the small white
porch. There is a driveway to the immediate north of the residence and a short fence in the front.)

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

### See Attachment A

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is
now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____APR 18 2008_____
                                                            Date

the place named above for the property specified, serving this warrant and making the search in the daytime (6:00 A.M. to
10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken,
and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as
required by law.

APR  9 2008      at Washington, D.C.
_____
Date and Time Issued

ALAN KAY
S MAGISTRATE JUDGE

_____          _____
Name and Title of Judicial Officer                Signature of Judicial Officer

ALAN KAY
S MAGISTRATE JUDGE

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 07/09/2008 | 04/10/2008    6:42 a.m. | Left on Premises |

INVENTORY MADE IN THE PRESENCE OF  ATF Special Agents Green, Smith, Codispot, Quartersi and Meixner

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Suspected powder and crack cocaine
- Kitchen knife with cocaine residue
- Garbage disposal
- Suspected drug packaging material, scales and paraphenalia (cups, spoons, knife, bags and bongs)

- Pots and plates with suspected cocaine residue
- .44, .22, and .40 caliber ammunition
- suspected marijuana
- Documents in the names of Egypt Mimms and Antoine Washington
- Rolex watch, bracelet
- Body armor
- Colt .32 caliber pistol
- Six shot revolver
- Three cell phones and charger

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

**FILED**

APR 1

NANCY MAYER W......
U.S. DISTRICT ....

Subscribed, sworn to, and returned before me this date.

_____    4/11/08
U S Judge or Magistrate                    Date

## ATTACHMENT A

### List of Items to be Seized at Premises

1. Paraphernalia for packaging, cutting, weighing and distributing illegal drugs, including but not limited to, scales, baggies, and cutting agents.

2. Firearms, firearm magazines, firearm attachments, ammunition, firearm parts and holsters as well as documentation of the purchase, storage, possession, disposition, dominion and control of firearms, including paperwork and receipts.

3. United States currency, precious metals, jewelry and financial instruments.

4. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances.

5. Address and telephone books and papers reflecting names, address and telephone numbers.

6. Books, records, receipts, bank statements, and records, money drafts, letters of credit, money order and cashier's checks related to the obtaining, secreting, transfer, and concealment of assets and/or the expenditure of money.

7. Electronic equipment, such as mobile telephones, facsimile machines, telephone answering machines, telephone paging devices, currency counting machines.

8. Photographs and/or video tapes, in particular, those photographs and/or video tapes of co-conspirators, assets, controlled substances, or of individuals with controlled substances and those that assist in identifying associates and conspirators.

9. Indicia of occupancy, residence, and ownership of the premises, including but not limited to, utility and telephone bills, mail matter, canceled envelopes, and keys.